AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Julian Elie Khater | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Julian Elie Khater

Date: 03/15/2021

*Attorney's signature*

Steven Altman, No. 254231969
*Printed name and bar number*

247 Livingston Avenue
New Brunswick, New Jersey 08901

*Address*

saltman@benedictandaltman.com
*E-mail address*

(732) 745-9000
*Telephone number*

(732) 214-1897
*FAX number*